**FILED**

JAN 29 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for the United States


SEALED

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16 - SW - 0 0 4 0   KJN |
| Plaintiff, | ORDER RE: REQUEST TO SEAL DOCUMENTS |
| v. | |
| ALL FUNDS MAINTAINED IN ANY INVESTMENT ACCOUNTS MANAGED BY ROYAL SOVEREIGN GROUP, LLC, ANTHONY CAPPAZE, ON BEHALF OF MARTIN MARCIANO BOONE AKA MARTY BOONE AND RONDA BOONE, UP TO AND INCLUDING THE SUM OF $1,730,845.00. | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit underlying the seizure warrants in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the seizure warrants will be left at the scene of the seizure.

Date: Jan 29 2016

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1

Order Re: Request to Seal Documents