1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**JAN 15 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10
   IN THE MATTER OF THE  APPLICATION      CASE NO: 2:16-SW-40 - KJN
11 OF THE UNITED STATES OF AMERICA
   FOR SEARCH WARRANTS CONCERNING:        [PROPOSED] ORDER TO UNSEAL SEIZURE
12                                        WARRANT, CASE, AND FILINGS
   ALL FUNDS MAINTAINED IN ANY
13 INVESTMENT ACCOUNTS MANAGED BY
   ROYAL SOVEREIGN GROUP, LLC,
14 ANTHONY CAPPAZE, ON BEHALF OF
   MARTIN MARCIANO BOONE AKA
15 MARTY BOONE AND RONDA BOONE, UP
   TO AND INCLUDING THE SUM OF
16 $1,730,845.00

17

18       Upon application of the United States of America and good cause having been shown,

19       IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

20
   Dated: 1-15-2019 _____
21                                        _____
                                          The Honorable Edmund F. Brennan
22                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

   [PROPOSED] ORDER TO UNSEAL WARRANTS